1  Attorneys E. Pennock Gheen
   Bullivant Houser Bailey, PC
2  1601 Fifth Avenue, Suite 2300          HONORABLE LONNY R. SUKO
   Seattle, Washington  98101-1618
3  Telephone: 206.292.8930
   Facsimile: 206.386.5130
4
   Attorneys for Defendant International
5  Church of the Foursquare Gospel

6

7

8               IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
9                         AT YAKIMA

10 MATTHEW and LISA CLEEM,
   individually in their own right as a        No.: CV-06-3002-LRS
11 marital couple and as the birth parents of
   B.C., a minor child,                        ORDER OF DISMISSAL
12
                    Plaintiffs,
13
            v.
14
   INTERNATIONAL CHURCH OF THE
15 FOURSQUARE GOSPEL, a California
   non-profit corporation; and WILLIAM
16 and HEATHER HOGAN, and the
   marital community of them comprised,
17
                    Defendants.
18

19

20          THIS MATTER having come before the undersigned judge upon stipulation

21 of the parties, now, therefore, it is hereby

22          ORDERED, ADJUDGED, AND DECREED that this matter is hereby

23
   dismissed with prejudice and without costs to any party.  Accordingly, the Clerk
24
   of the Court is hereby DIRECTED to CLOSE this file.
25

26

1

2    DATED this ____13th____ day of ____November____, 2006.

3

4                              s/Lonny R. Suko
                              _____
5                              The Honorable Lonny R. Suko
                              United States District Court Judge
6

7

8

9    _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL                            Page 2      **Bullivant|Houser|Bailey PC**

                                                          1601 Fifth Avenue, Suite 2300
                                                          Seattle, Washington  98101-1618
                                                          Telephone: 206.292.8930